# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| CHARLES LENWOOD NIX, JR., | : | |
| Plaintiff, | : | |
| | : | NO. 5:10-CV-256 (CAR) |
| VS. | : | |
| | : | |
| ALAN CARTER, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Before the Court is a Motion to Compel filed by Plaintiff Charles Lenwood Nix, Jr.. Doc. 47. Upon review, it appears that this motion was filed only a few days after the Plaintiff sent the Defendants a good faith letter in a purported effort to resolve his discovery issues without court intervention. In view of the above, and because the Defendants clearly did not have adequate opportunity in which to respond to inmate Nix's good faith letter before the instant motion was filed, the Plaintiff's Motion to Compel is premature and, as such, is **DENIED**.

**SO ORDERED**, this 20th day of January, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge