IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHARLES LENWOOD NIX, JR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| VS. | : | NO. 5:10-CV-256 (CAR) |
| | : | |
| **ALAN CARTER**, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| **Defendants.** | : | Before the U.S. Magistrate Judge |
| | : | |

### ORDER

On May 21, 2012, Plaintiff Charles Lenwood Nix filed a pleading informing the Court and all other parties of his continued interest in pursuing the above-captioned action. Doc. 78. Therein, Plaintiff apologizes for his failure to respond to the Court and maintains that his reason for failing to do so involves the fact that he has been "repeatedly transferred from different institutions." [1] Id. Plaintiff further explains that he only recently received the Court's February 23, 2012 Recommendation (Doc. 71) and March 26, 2012 Order (Doc. 73) granting summary judgment to Defendants Harrell and Register.[2] Id.

In view of the above, it is unclear whether Plaintiff has received the Court's subsequently-entered Order for Response (Doc.74) to the Motion for Summary Judgment (Doc.70) filed by Defendants Carter, Hollie, and Tripp, or the Order to Show Cause for failing to timely respond (Doc.75). Consequently, out of an abundance of caution, the Court construes Plaintiff's instant

---

[1] Only one change of address notice has been filed by Plaintiff in this case. See Doc. 76 *filed April 26, 2012*. Plaintiff is reminded of his obligation to keep the Court and all opposing parties advised of his current mailing address at all times. Any subsequent failure to do so may result in dismissal of this action in accordance with the provisions of Rule 41(b) of the Federal Rules of Civil Procedure. See Doc. 5.

[2] According to the docket report in this case, no mail sent to Plaintiff by the Court has yet been returned as undeliverable.

pleading as a request for an extension of time to respond. Accordingly, Plaintiff is **ORDERED AND DIRECTED** to prepare and file a response to the Motion for Summary Judgment filed by Defendants Carter, Tripp, and Hollie on or before **June 21, 2012**.

The Clerk is hereby directed to serve this Order, along with copies of the Order for Response (Doc.74) and the Order to Show Cause (Doc.75) upon the Plaintiff at his most recently provided mailing address.

**SO ORDERED**, this 22nd day of May, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
