# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **CHARLES LENWOOD NIX, JR.** | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 5:10-cv-256 (CAR) |
| **ALAN CARTER, et al.**, | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER ON MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc 80] to grant the Motion for Summary Judgment filed by Defendant Wardens Alan Carter, Willie Hollie, and Todd Tripp [Doc. 70]. Plaintiff has not filed an objection to the Recommendation. Having considered the Recommendation, this Court agrees with the findings and conclusions for the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's deliberate indifference claims against Defendants Carter, Hollie, and Tripp are hereby dismissed.

**SO ORDERED,** this 8th day of August, 2012.

                                    <u>S/ C. Ashley Royal</u>
                                    C. ASHLEY ROYAL
                                    UNITED STATES DISTRICT JUDGE

SSH